DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Counsel for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.
Julie Cvek Curley, Esq

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:
                                          Chapter 11
WILLIAM A. KNACK,                        Case No. 17-    (RDD)

                           Debtor.
-------------------------------------------------------------------X

## AFFIDAVIT OF WILLIAM A. KNACK PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK        )
                                     ) SS.:
COUNTY OF WESTCHESTER  )

    WILLIAM A. KNACK, being duly sworn, depose and state:

    1.    I am the individual Chapter 11 debtor herein (the "Debtor"), and I submit this affidavit pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

### BACKGROUND

    2.    Over the past several years, I have been involved in a contested litigation, which after trial, resulted in a judgment against me in the amount of $957,674.66. The cost of the litigation has not only drained all of my personal finances, but the time involved in defending the lawsuit and the adverse stigma associated with the lawsuit has compromised my ability to work and my practice. I have not been able to treat as many patients as I once used to because of the time required to defend the lawsuit, and the pendency of the lawsuit has caused me to lose my position

as Department Chair at SUNY Old Westbury, where I have now been demoted to faculty.

3. My desire is to utilize the bankruptcy process in order to prosecute an appeal of the adverse judgment, as well as reorganize my financial affairs.

4. The needs and interests of my creditors will best be served by my continued possession of my property and management of my affairs as a debtor-in-possession under Chapter 11 until confirmation of a reorganization plan.

## INFORMATION REQUIRED BY LOCAL BANKRUTPCY RULE 1007

5. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

6. I currently reside at 115 Bedford Road, Chappaqua, New York 10514. I am employed by SUNY Old Westbury as a faculty professor. In addition, I have my own practice as a psychologist.

**Local Rule 1007-2(a)(2)**

7. This case was not originally commenced under Chapter 7 or 13 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

**Local Rule 1007-2(a)(3)**

8. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

9. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5)**

10. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

11. A summary of the Debtor's assets and liabilities is annexed as **Schedule III**.

**Local Rule 1007-2(a)(7)**

12. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

13. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-3(a)(9)**

14. A schedule of properties owned and/or leased by the Debtor is included in **Schedule III.**

**Local Rule 1007-2(a)(10)**

15. The Debtor's assets are located at 115 Bedford Road, Chappaqua, New York 10514.

16. The Debtor's books and records are located at 115 Bedford Road, Chappaqua, New York 10514.

**Local Rule 1007-2(a)(11)**

17. The following actions or proceedings are pending against the Debtor:

> _Noelle Feldman v. William Knack_, Supreme Court of the State of New York, Westchester County, Index No. 69747/2014

**Local Rule 1007-2(a)(12)**

18. As the Debtor is an individual, he has no management.

**Local Rule 1007-2(b)(1) and (2)**

19. As the Debtor is an individual, he has no payroll.

**Local Rule 1007-2(b)(3)**

20. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed as **Schedule IV**.

*/s/ William A. Knack*
WILLIAM A. KNACK

Sworn to before me this
10th day of July, 2017

*/s/ Julie Cvek Curley*
Notary Public

## **SCHEDULE I**

**TWENTY (20) LARGEST UNSECURED CREDITORS**

See Annexed.

**Fill in this information to identify your case:**

Debtor 1: William A. Knack
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**  Noelle Feldman
co Bleakley Platt & SchmidtLLP
1 North Lexington Avenue
White Plains, NY 10601

What is the nature of the claim? Judgment    $ $957,674.66

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $ $957,674.66
Value of security:  - $ $0.00
Unsecured claim  $ $957,674.66

Contact:
Contact phone:

**2**  McCarthy Fingar, LLP
11 Martine Avenue
White Plains, NY 10606

What is the nature of the claim? Legal Fees    $ $83,705.40

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $

Contact:

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | William A. Knack | | Case number *(if known)* | |
|---|---|---|---|---|
| | Contact phone | | Unsecured claim | $ |

**3**

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301

Contact

Contact phone

**What is the nature of the claim?**  115 Bedford Road Chappaqua, NY 10514 Westchester County Valuation based on Broker Opinion Letter dated 6/29/2017    $ $40,154.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ $565,154.00
      Value of security:    - $ $525,000.00
      Unsecured claim    $ $40,154.00

---

**4**

Volvo Car Financial Sv
1 Volvo Dr
Rockleigh, NJ 07647

Contact

Contact phone

**What is the nature of the claim?**  2015 Volvo V60CC 20000 miles Automobile Lease (Used by Debtor)    $ $13,907.09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ $32,766.09
      Value of security:    - $ $18,859.00
      Unsecured claim    $ $13,907.09

---

**5**

American Honda Finance
600 Kelly Way
Holyoke, MA 01040

Contact

**What is the nature of the claim?**  2015 Honda CRV 20000 miles Automobile Lease (Used by Debtor's daughter)    $ $5,587.52

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
  Yes. Total claim (secured and unsecured)    $ $23,223.52

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    William A. Knack                                    Case number *(if known)*

■
Value of security:                            - $ $17,636.00
Unsecured claim                                  $ $5,587.52

Contact phone

---

**6**

Bk Of Amer
Po Box 982238
El Paso, TX 79998

**What is the nature of the claim?**    Credit Card    $ $1,036.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:                            - $
Unsecured claim                                  $

Contact
Contact phone

---

**7**

Nordstrom Fsb
13531 E Caley Ave
Englewood, CO 80111

**What is the nature of the claim?**    Credit Card    $ $218.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:                            - $
Unsecured claim                                  $

Contact
Contact phone

---

**8**

Citi-shell
Po Box 6497
Sioux Falls, SD 57117

**What is the nature of the claim?**    Credit Card    $ $159.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:                            - $
Unsecured claim                                  $

Contact
Contact phone

---

**9**

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

**What is the nature of the claim?**    Credit Card    $ $113.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    William A. Knack                    Case number *(if known)*

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**10**

**What is the nature of the claim?** _____    $ $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**11**

**What is the nature of the claim?** _____    $ $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**12**

**What is the nature of the claim?** _____    $ $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**13**

**What is the nature of the claim?** _____    $ $0.00

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   William A. Knack                                      Case number *(if known)*

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**14**

**What is the nature of the claim?** _____   $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**15**

**What is the nature of the claim?** _____   $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____
Contact phone _____

---

**16**

**What is the nature of the claim?** _____   $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____

Contact _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | William A. Knack | Case number *(if known)* | |
|---|---|---|---|
| Contact phone | | Unsecured claim | $ |

### 17

**What is the nature of the claim?** _____ $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____
Contact phone _____

### 18

**What is the nature of the claim?** _____ $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____
Contact phone _____

### 19

**What is the nature of the claim?** _____ $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) $ _____
  - Value of security: - $ _____
  - Unsecured claim $ _____

Contact _____
Contact phone _____

### 20

**What is the nature of the claim?** _____ $ $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | William A. Knack | Case number *(if known)* | |

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)      $ _____
      Value of security:                                    - $ _____
      Unsecured claim                                      $ _____

_____
Contact

_____
Contact phone

**Part 2:  Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ William A. Knack
   William A. Knack
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  July 10, 2017

Date  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## SCHEDULE II

## FIVE (5) LARGEST SECURED CREDITORS

| Name | Estimated Amount |
| --- | --- |
| Noelle Feldman<br>co Bleakley Platt & SchmidtLLP<br>1 North Lexington Avenue<br>White Plains NY 10601-0000 | $957,674.66 |
| Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro KY 42301-0000 | $565,154.00 |
| Volvocarlse<br>Volvo Car Financial Services<br>Mobile AL 36691-0000 | $33,227.78 |
| Volvo Car Financial Sv<br>1 Volvo Dr<br>Rockleigh NJ 07647-0000 | $32,766.09 |
| American Honda Finance<br>600 Kelly Way<br>Holyoke MA 01040-0000 | $23,223.52 |

## SCHEDULE III

### SUMMARY OF ESTIMATED ASSETS AND LIABILITIES

| ASSETS | Value of Debtor's Interest |
|---|---|
| 115 Bedford Road, Chappaqua, NY | $525,000.00 |
| 2015 Volvo V60 (Leased) | $18,859.00 |
| 2015 Volvo V60 (Leased) | $18,859.00 |
| 2015 Honda CRV (Leased) | $17,636.00 |
| Miscellaneous Household Furnishings, Clothes & Jewelry | $5,000.00 |
| Miscellaneous Wearing apparel | $500.00 |
| Miscellaneous electronics | $ |
| Jewelry | $300.00 |
| Cash on hand | $100.00 |
| Citibank Account ending in 6171 | $991.56 |
| Citibank Account ending in 2226 | $151.83 |
| Sole Proprietorship (Dr. William A. Knack) | $0.00 |
| SEI Investment Account ending in 4228 | $ |
| Guardian Variable Annuity Account ending in 7768 | $126.483.80 |
| NYS Teachers Retirement Pension | $0.00 |
| NYS Teachers Retirement Death Benefits | $0.00 |
| Term Life Insurance Policy | $0.00 |
| TOTAL ASSETS | $ |

| LIABILITIES: | |
|---|---|
| Secured Debt | $1,612,046.05 |
| Unsecured Non-Priority Debt | $85,231.40 |
| TOTAL LIABILITIES | $1,697,277.45 |

## SCHEDULE IV

### PROJECTED 30 DAY INCOME AND EXPENSES

**Household Income:**

| | |
|---|---|
| Net Household Wages | $15,406.50 |
| Business Income | $0 |
| **Total Income:** | **$15,406.50** |

**Household Expenses:**

| | |
|---|---|
| Mortgage | $3,081.42 |
| Real Estate Taxes | $1,175.00 |
| Homeowners Insurance | $200.00 |
| Home Maintenance | $1,583.00 |
| Utilites | $1,084.41 |
| Food and housekeeping supplies | $2,600.00 |
| Clothing, laundry, dry cleaning | $1,375.00 |
| Personal care products and services | $700.00 |
| Medical/Dental | $600.00 |
| Transportation | $675.00 |
| Recreation | $300.00 |
| Health Insurance | $200.00 |
| Auto Insurance | $340.00 |
| Car Payments | $1,199.00 |
| Pet | $150.00 |
| **Total Expenses:** | **$15,262.83** |
| **Net Income:** | **$143.67** |