# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------X

NOELLE FELDMAN,

                Plaintiff,

-against-

WILLIAM KNACK,

                Defendant.

------------------------------------------------------------X

Index No.: 69747/2014

**JUDGMENT WITH
NOTICE OF ENTRY**

Assigned Justice:

Hon. Terry Jane Ruderman

**PLEASE TAKE NOTICE** that the within is a true copy of the Judgment in the captioned action duly entered in the office of the Clerk of the within named Court on April 13, 2017.

Dated: White Plains, New York
        April 13, 2017

                                      BLEAKLEY PLATT & SCHMIDT, LLP

                                      BY: _____
                                           PETER F. HARRINGTON
                                      *Attorneys for Plaintiff*
                                      ONE NORTH LEXINGTON AVENUE
                                      P.O. BOX 5056
                                      WHITE PLAINS, NY 10602-5056
                                      (914) 949-2700

TO:    JOSEPH J. BROPHY, ESQ.
        MCCARTHY FINGAR LLP
        *Attorneys for Defendant*
        11 MARTINE AVENUE
        WHITE PLAINS, NY 10606
        (914) 946-3700

INDEX NO. 69747/2014

NYSCEF DOC. NO. 143                                                                 RECEIVED NYSCEF: 04/13/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------------X
NOELLE FELDMAN,                                      Index No.: 69747/2014
                Plaintiff,

    -against-                                            JUDGMENT

WILLIAM KNACK,

                Defendant.
----------------------------------------------------------------X

    WHEREAS the above-entitled action having come on for a jury trial before Hon. Terry Jane Ruderman, at the Supreme Court of the State of New York, County of Westchester, located at 111 Dr. Martin Luther King, Jr. Boulevard, White Plains, New York, on the 6th, 7th, 8th, 9th, 10th, 13th, 16th and 17th days of March, 2017;

    WHEREAS at the conclusion of the trial the jury returned a verdict on March 17, 2017, in favor of Plaintiff Noelle Feldman in accordance with the Verdict Sheet annexed hereto as Exhibit 1;

    NOW, on the motion of Bleakley Platt & Schmidt, LLP, attorneys for Plaintiff Noelle Feldman, for a Judgment, it is

    **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Noelle Feldman, who resides at 9A Lewis Road, Pound Ridge, New York 10576, have judgment against Defendant William Knack, who resides at 115 Bedford Road, Chappaqua, New York 10514, in the principal sum of $950,000.00, with interest at the judicial rate of 9% per annum from the date of the verdict, March 17, 2017 to the date of entry of Judgment, April 13, 2017, which interest totals

INDEX NO. 69747/2014
NYSCEF DOC. NO. 143                                                    RECEIVED NYSCEF: 04/13/2017

$ 6,324.66 , together with costs and disbursements as taxed in the sum of $1,350.00 pursuant to the Bill of Costs annexed hereto as Exhibit 2, making in all the sum of $957,674.66 , and that defendants have execution therefor.

Judgment signed this 12 day of April, 2017.

Hon. Terry Jane Ruderman, J.S.C.

04-13-2017

2

INDEX NO. 69747/2014
NYSCEF DOC. NO. 142
FILED: WESTCHESTER COUNTY CLERK 04/13/2017 12:21 PM
RECEIVED NYSCEF: 04/13/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------------X
NOELLE FELDMAN,
        Plaintiff,

Index No.: 69747/2014

-against-

**BILL OF COSTS**

WILLIAM KNACK,

        Defendant.
-----------------------------------------------------------------X

Costs and Disbursements of Plaintiff:

| | |
|---|---|
| Costs before Note of Issue | $200.00 |
| Costs after Note of Issue is filed and before trial | $200.00 |
| Costs for Trial | $300.00 |
| Filing Fee | $210.00 |
| Request for Judicial Intervention | $95.00 |
| Note of Issue | $30.00 |
| Jury Fee | $65.00 |
| Deposition Costs | $250.00 |

Total: ..............................................................$1,350.00

Dated: White Plains, New York
      April 13, 2017

_____
Westchester County Court Clerk

INDEX NO. 69747/2014
NYSCEF DOC. NO. 142
FILED: WESTCHESTER COUNTY CLERK 04/13/2017 12:21 PM
RECEIVED NYSCEF: 04/13/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------X

NOELLE FELDMAN,

           Plaintiff,

-against-

WILLIAM KNACK,

           Defendant.

-----------------------------------------------------------X

Index No.: 69747/2014

**ATTORNEY'S AFFIRMATION**

    The undersigned, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms the following under the penalty of perjury:

    I am a member of the law firm of Bleakley Platt & Schmidt, LLP, attorneys for plaintiff Noelle Feldman, and as such, I am fully familiar with the facts and circumstances in this matter; that the foregoing costs are correct and were necessarily incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

Dated: White Plains, New York
       April 13, 2017

                              PETER R. HARRINGTON
                              *Attorneys for Plaintiff*
                              ONE NORTH LEXINGTON AVENUE
                              P.O. BOX 5056
                              WHITE PLAINS, NY 10602-5056
                              (914) 949-2700

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------------------------------X
                                                                    Index No.: 69747/2014
NOELLE FELDMAN,

                    Plaintiff,

    -against-

WILLIAM KNACK,

                    Defendant.
----------------------------------------------------------------X

# NOTICE OF SETTLEMENT

BLEAKLEY PLATT & SCHMIDT, LLP
*Attorneys for Plaintiff, Noelle Feldman*
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601
(914) 949-2700

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
-----------------------------------------------------------X
NOELLE FELDMAN,

                Plaintiff,           Index No.: 69747/2014

-against-                         **AFFIDAVIT OF SERVICE**

WILLIAM KNACK,

                Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF WESTCHESTER    )

        **SUSAN LAU**, a being duly sworn deposes and says:

        I am not a party to this action, and am over the age of 18 years and reside in Yonkers, New York.

        On April 13, 2017, I served a true copy of the annexed **JUDGMENT WITH NOTICE OF ENTRY**, in the following manner:

☐    by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received:

☐    by delivering the same personally to the person(s) and at the address indicated below a true copy of the annexed upon:

☐    by depositing the same in a sealed envelope with an overnight, next day delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by said service. The address and delivery service are designated below: UPS OVERNIGHT DELIVERY

☒    by mailing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the following persons at the last known address set forth after each name:

To:    MCCARTHY FINGAR LLP
        *Attorneys for Defendant*
        11 MARTINE AVENUE
        WHITE PLAINS, NY 10606

                                              _____
                                              SUSAN LAU

Sworn to before me this
13th day of April, 2017

_____
Notary Public

LAURIE RIENZI
Notary Public, State of New York
No. 4975766
Qualified in Westchester County
Commission Expires Dec. 26, 20__